No. 267. W. H. BYLES, PLAINTIFF IN ERROR, v. STATE OF ARKANSAS.  In error to the Supreme Court of the State of Arkansas.  April 18, 1912.  Dismissed with costs, on motion of counsel for the plaintiff in error.  *Mr. A. C. Lyon* for the plaintiff in error.  *Mr. Hal L. Norwood* for the defendant in error.

---

No. 402. JUSTO ARMSTERDAM ET AL., APPELLANTS, v. FELIX PUENTE ET AL.  Appeal from the Supreme Court of Porto Rico.  April 22, 1912.  Dismissed with costs, on motion of counsel for the appellants.  *Mr. N. B. K. Pettingill, Mr. H. P. Leake* and *Mr. W. V. Robbins* for the appellants.  *Mr. Frederic D. McKenney, Mr. John Spalding Flannery* and *Mr. Myer Cohen* for the appellees.

---

No. 628. THE CITIZENS' SAVING & TRUST COMPANY, APPELLANT, v. C. C. FOERSTNER, TRUSTEE, ETC.  Appeal from the United States Circuit Court of Appeals for the Sixth Circuit.  April 22, 1912.  Dismissed with costs, on motion of counsel for the appellant.  *Mr. Thomas H. Hogsett* for the appellant.  No appearance for the appellee.

---

No. 237. SAMUEL LOEB, PLAINTIFF IN ERROR, v. THE STATE OF GEORGIA.  In error to the Court of Appeals of the State of Georgia.[1]  April 25, 1912.  Dismissed with costs, pursuant to the tenth rule.  *Mr. Jackson H. Ralston* for the plaintiff in error.  *Mr. Thomas S. Felder* for the defendant in error.

---

[1] May 27.  Judgment of dismissal vacated and case restored to docket.